GEORGE BUNDY SMITH, SR., Individually and on Behalf of TWENTY PLUS MEMBERS OF GRACE CONGREGATIONAL CHURCH OF HARLEM, INC./UNITED CHURCH OF CHRIST, Appellant, v UNITED CHURCH OF CHRIST et al., Respondents.

Submitted April 9, 2012; decided June 27, 2012

Motion for leave to appeal etc. dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (see NY Const, art VI, § 3; CPLR 5602).

GEORGE BUNDY SMITH, SR., Individually and on Behalf of TWENTY PLUS MEMBERS OF GRACE CONGREGATIONAL CHURCH OF HARLEM, INC./UNITED CHURCH OF CHRIST, Appellant, v UNITED CHURCH OF CHRIST et al., Respondents.

Submitted June 4, 2012; decided June 27, 2012

Motion, insofar as it seeks leave to appeal from that part of the May 2012 Appellate Division order that affirmed so much of the February 2011 Supreme Court order as dismissed all causes of action against defendants United Church of Christ, Revs. Geoffrey Black, Rita Root, Freeman Palmer, Dr. Michael Ward Caine, Noel Vanek, Dr. Donald Wells, and Gladys A. Philibert as personal representative of the estate of Reverend David Tucker, denied; motion for leave to appeal etc. otherwise dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (see NY Const, art VI, § 3; CPLR 5602).

SWEDBANK, AB, NEW YORK BRANCH, Respondent, v HALE AVENUE BORROWER, LLC, et al., Appellants, et al., Defendants.

Submitted May 7, 2012; decided June 27, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.